EDITH M. AUCOCK, Appellant, *v.* NEISNER BROTHERS, INC., Respondent.

Argued October 7, 1954; reargument ordered October 21, 1954.

Reargument ordered during the November, 1954, session of the Court of Appeals.

HUMBERT DE SAYVE, Respondent, *v.* JEAN DE G. DE LA VALDENE, Appellant.

Submitted October 4, 1954; decided October 21, 1954.

*Granville Whittlesey, Jr.,* and *Robert F. Morten* for motion for leave to appeal and in opposition to motion to dismiss appeal.

*Montrose H. Massler* in opposition to motion for leave to appeal and for motion to dismiss appeal taken on alleged constitutional grounds.

Motion for leave to appeal granted. Cross motion to dismiss appeal granted and appeal dismissed upon the ground that no constitutional question is directly involved. (Civ. Prac. Act, § 588, subd. 1, par. [a].)